**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01158-CV

**TRAILBLAZER HEALTH ENTERPRISES, LLC AND
BLUE CROSS BLUE SHIELD OF SOUTH CAROLINA, Appellants**

**V.**

**BOXER F2, L.P., Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07070**

## ORDER

Based on the Court's opinion of today's date, we **DENY** appellants' petition for permission to appeal amended order on motions for summary judgment, allowing interlocutory appeal and staying case signed August 6, 2013. We **ORDER** that appellants bear the costs of this appeal.

/s/     DOUGLAS S. LANG
        JUSTICE